CÉSAR ROSSY, demandante y apelado, *v.* ANGEL ANTONIO SIERRA y JOSÉ JULIÁN PAGÁN E HIJOS, demandados y apelantes.

No. 5273.—*Sometido:* Mayo 19, 1930. *Resuelto:* Mayo 31, 1930.

*M. Guzmán Texidor*, abogado de los apelantes; *Ángel R. de Jesús*, abogado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Este es un caso en que un acreedor halló que bienes embargados por él estaban sujetos a otro embargo anterior. Dicho acreedor instó procedimiento para anular el embargo anterior, y tuvo éxito. Se apela de la sentencia declarando

tal nulidad. De una moción en que se solicita la desestima-ción del recurso por frívolo aparece que el embargo anterior fué obtenido sin prestación de fianza, bajo la teoría errónea de que el pagaré a virtud del cual se demandaba en el litigio anterior era auténtico y no requería fianza. Se dictó sentencia sobre las alegaciones en sentido contrario. Nada hallamos en los autos que considerar en favor de los apelantes, y nada nos han sugerido ellos.

*Debe declararse con lugar la moción y desestimarse el recurso.*